IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

**MICHAEL M. CHRISTOVICH**                                          **PLAINTIFF**

**v.**                                     **CAUSE NO. 1:15CV372-LG-RHW**

**CHARTIS PROPERTY CASUALTY COMPANY**                      **DEFENDANT**

## AGREED JUDGMENT OF DISMISSAL

The parties having agreed to and announced to the Court a settlement of this case, and the Court being advised that all parties have an informed understanding of their rights and a full appreciation of the consequences of the settlement, and the Court being desirous that this matter be finally closed on its docket;

**IT IS THEREFORE ORDERED AND ADJUDGED** that this case is hereby dismissed with prejudice as to all parties, with the parties to bear their own costs.  Pursuant to the agreement of the parties, the Court will retain jurisdiction over this lawsuit for the purpose of enforcing the settlement agreement.

**SO ORDERED AND ADJUDGED** this the 9th day of January, 2017.

                                         s/ *Louis Guirola, Jr.*
                                         Louis Guirola, Jr.
                                         Chief United States District Judge